**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASSANDRA CETOUTE,
Plaintiff,

Case No. 0:26-cv-61373-WPD

v.

EXPERIAN INFORMATION SOLUTIONS, INC.
AND TRANS UNION, LLC
Defendant.
_______________________________________/

**STIPULATION OF DISMISSAL**

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to Plaintiff's voluntary dismissal of all claims against Defendant Trans Union, LLC, in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Respectfully submitted on September 1, 2026

*/s/ Miranda Jackson*
Miranda Jackson, Esq.
FBN 0098593
Attorney for Plaintiff
Your Good Lawyers
501 N Magnolia Ave
Orlando, FL 32801
(407) 710-0130
civil@yourgoodlawyers.com

**Buchanan Ingersoll & Rooney PC**
Truist Place
401 E Jackson Street, Suite 2400
Tampa, FL 33602
Telephone: (305) 347-5720

By: */s/ Christian C. Kohlsaat*
Christian C. Kohlsaat, Esq.
Florida Bar No. 117795
christian.kohlsaat@bipc.com
Meghan E. Fleming, Esq.
Florida Bar No. 1075385
meghan.fleming@bipc.com

Counsel for Defendant
Trans Union, LLC