UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0: 26-cv- 61373-WPD

CASSANDRA CETOUTE,

Plaintiff,

v.

TRANSUNION, LLC, AND
EXPERIAN INFORMATION
SOLUTIONS, INC.,

Defendants.
_______________________________________/

**ORDER APPROVING STIPULATION OF DISMISSAL AS TO DEFENDANT TRANS UNION, LLC**

THIS CAUSE is before the Court upon the Stipulation of Dismissal [DE 37] ("Stipulation"), filed herein on September 1st, 2026. The Court has carefully considered the Stipulation, notes signatures of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 37] is hereby **APPROVED**;
2. Defendant Trans Union, LLC is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;
3. This case remains **OPEN** as to Defendant Experian Information Solutions, Inc.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 1st day of September, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record